Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  6:17-PO-00851-JDP |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE INITIAL APPEARANCE; AND ORDER THEREON |
| DILLON J. MATTOS, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the legal officer for the National Park Service, and Defendant Dillon Mattos, by and through his attorney of record, Assistant Federal Defender Hope Alley, that the initial appearance in the above-captioned matter set for January 29, 2019 be continued to March 19, 2019 at 1:00 p.m.  The parties entered into a deferred prosecution agreement, and the defendant needs additional time to comply with the terms of that agreement.

Dated:  January 23, 2019            /S/ Susan St. Vincent_____
                                    Susan St. Vincent
                                    Legal Officer
                                    Yosemite National Park

Dated:  January 23, 2019            /S/ Hope Alley_____
                                    Hope Alley
                                    Assistant Federal Defender for
                                    Dillan Mattos

1

**ORDER**

The court accepts the above stipulation and adopts its terms as the order of this court.

Accordingly, the January 29, 2019, initial appearance for Dillon Mattos, Case 6:18-po-00851-JDP, is continued to March, 2019, at 1:00 p.m.

IT IS SO ORDERED.

Dated:    January 23, 2019    

UNITED STATES MAGISTRATE JUDGE